Frederick Klein, Respondent, v. The East River Electric Light Company, Appellant.— Appeal from an order of the City Court of the city of New York, placing the case upon the short cause calendar for trial. Beardsley & Hemmens (Charles I. Taylor, of counsel), for appellant; Dittenhoefer, Gerber & James (David Gerber, of counsel), for respondent. Order appealed from affirmed, with ten dollars costs and disbursements. No opinion.

Frank H. Keeble, Respondent, v. Anderson Fowler, Appellant.— Appeal from a judgment in favor of plaintiff rendered upon the report of a referee. Weiser & Bridges, for appellant. Howe & Hummel, for respondent. Judgment appealed from affirmed, with costs. No opinion.

Carl F. Hansen, Respondent, v. Otto R. Saint, Appellant.—Appeal from a judgment entered upon an order overruling the answer of the defendant as frivolous, and from said order. Floyd Price, for appellant; Goodale & Hansen (John McG. Goodale, of counsel), for respondent. Judgment and order appealed from affirmed, with ten dollars costs and disbursements. No opinion.